# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS O'BRIEN, <br>           Petitioner, <br>     v. <br> MATTHEW CATE, Warden, <br>           Respondent. | Case No. ED CV 12-1774 JSL (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 3, 2013

*Spencer Letts*

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE